IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 16-3031-01-CR-S-MDH |
|---|---|
| Plaintiff, | **COUNTS 1 & 2**<br>18 U.S.C. § 844(e)<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony |
| v. | |
| **PHILLIP RAY ROBISON, JR.,**<br> aka PHILLIP RAY ROBINSON, JR.,<br>[DOB: 4/8/1981], | |
| Defendant. | $100 Mandatory Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1

On or about January 11, 2016, said date being approximate, in Cedar County, in the Western District of Missouri, **PHILLIP RAY ROBISON, JR.**, the defendant, by means and use of an instrument of interstate commerce, that is, a telephone, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt to be made to unlawfully damage or destroy a building, to wit: the Cedar County courthouse, by means of explosives; all in violation of Title 18, United States Code, Sections 844(e).

### COUNT 2

On or about January 25, 2016, said date being approximate, in Cedar County, in the Western District of Missouri, **PHILLIP RAY ROBISON, JR.**, the defendant, by means and use of an instrument of interstate commerce, that is, a telephone, maliciously conveyed false information, knowing the same to be false, concerning an alleged attempt to be made to

1

Case 6:16-cr-03031-MDH   Document 1   Filed 02/23/16   Page 1 of 2

unlawfully damage or destroy a building, to wit: the Cedar County courthouse, by means of explosives; all in violation of Title 18, United States Code, Sections 844(e).

**A TRUE BILL**

*/s/ Linda S. Jordan*
FOREPERSON OF THE GRAND JURY

*/s/ Nhan Nguyen for Patrick Carney*
PATRICK CARNEY
Assistant United States Attorney

DATED: 02/23/2016
Springfield, Missouri